### HOLTON v. RUGGLES.

A party hath no right to appeal from a judgment which is in his favor.

ACTION of ejectment; to which a special plea was given. The plaintiff demurred to a part, and traversed a part; the defendant joined the demurrer, and an issue upon the traverse was closed to the jury: The demurrer was heard, and judgment for the plaintiff; the issue was not tried nor any judgment upon it for damages, etc. The plaintiff appealed the cause; and now the defendant plead in abatement of the

appeal, that there was no judgment rendered in the County Court, from which the plaintiff had right to appeal; it being in his favor so far as it went.

Judgment — Plea sufficient; a party hath no right to appeal from a judgment which is in his favor.